UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paulette Campion,

       Plaintiff,                      Civil No.06-2916 (RHK/JSM)

vs.                                  **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 7, 2006

                                                      s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge

Dockets.Justia.com